DON SPRINGMEYER
dspringmeyer@wrslawyers.com
BRADLEY SCHRAGER (Admitted *Pro Hac Vice*)
bschrager@wrslawyers.com
JUSTIN JONES (State Bar No. 218217)
jjones@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
Telephone:   (702) 341-5200
Facsimile:   (702) 341-5300

MATTHEW OSTER (State Bar No. 190541)
moster@wrslawyers.com
ERIC LEVINRAD (State Bar No. 169025)
elevinrad@wrslawyers.com
JOSHUA A. SHAPIRO (State Bar No. 229741)
jshapiro@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone:   (310) 478-4100
Facsimile:   (310) 479-1422

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| HOLLY GEHL, et al others similarly situated,<br><br>        Plaintiffs,<br><br>      vs.<br><br>BLOOMIN' BRANDS, INC., et al.,<br><br>        Defendants | Case No. 4:13-cv-05961-KAW<br><br>[Judge Kandis A. Westmore]<br><br>**STIPULATION RE NOTICE PROCEDURE REGARDING DISCLOSURE OF PUTATIVE CLASS MEMBERS' CONTACT INFORMATION; [PROPOSED] ORDER** |

1       The parties to the above-captioned action, through their attorneys of record,

2 hereby stipulate and agree as follows:

3       WHEREAS, this action is a putative class action brought by the named

4 plaintiffs on behalf of themselves and all current and former hourly, non-exempt

5 employees employed by defendants at an "Outback Steakhouse" Restaurant in

6 California, at any time during the statutory time period;

7       WHEREAS, plaintiff Chris Armenta has served discovery on all defendants

8 requesting, among other things, that defendants disclose the identities of, and

9 contact information for, each non-exempt employee who has been employed at any

10 CALIFORNIA OUTBACK RESTAURANT from November 8, 2010 until the

11 present time;

12       WHEREAS, defendants T-BIRD RESTAURANT GROUP, INC. and

13 T-BIRD NEVADA, LLC (collectively, the "T-Bird Defendants") have contended

14 that providing such information could violate the privacy rights of their current and

15 former employees;

16       WHEREAS, plaintiffs believe they are entitled to contact information

17 regarding all members of the proposed class, the T-Bird Defendants have

18 maintained that they are only obligated to provide such information regarding

19 employees who work or have worked at the particular CALIFORNIA OUTBACK

20 RESTAURANTS were the class representatives have worked;

21       WHEREAS, defendants BLOOMIN' BRANDS, INC., OSI RESTAURANT

22 PARTNERS, LLC, and OS RESTAURANT SERVICES, LLC have represented that

23 they do not have the requested contact information and have represented that they

24 do not believe that they are the appropriate parties to participate in the opt-out notice

25 procedure described herein;

26       WHEREAS, plaintiffs and the T-Bird Defendants have previously stipulated

27 to utilize the procedure set forth in *Belaire-West Landscape, Inc. v. Superior Court*,

28 149 Cal.App.4th 554 (2007), pursuant to which plaintiffs are being provided the

1   contact information of the putative class members for only the Fremont, Mission

2   Valley and Moreno Valley CALIFORNIA OUTBACK RESTAURANTS, and for

3   any other restaurants where a prospective class representative has worked, if such

4   putative class members did not object to the disclosure of such information to

5   plaintiffs' counsel;

6       WHERAS, the Court's August 6, 2014, discovery Order encouraged plaintiffs

7   and the T-Bird Defendants to stipulate to production of contact information for all

8   putative class members at all CALIFORNIA OUTBACK RESTAURANTS in

9   accordance to the previously agreed upon *Belaire-West Landscape, Inc. v. Superior*

10   *Court*, 149 Cal.App.4th 554 (2007) procedure.

11

12       THEREFORE, IN LIGHT OF THE FOREGOING, PLAINTIFFS AND THE

13   T-BIRD DEFENDANTS HEREBY STIPULATE AND AGREE THAT:

14       1.      On or before September 5, 2014, the T-Bird Defendants will provide

15   plaintiffs' counsel with the name of each non-exempt employee who has been

16   employed at any CALIFORNIA OUTBACK RESTAURANT from November 8,

17   2010 until the present time (the "Statutory Period"), along with their locations of

18   employment, as has been requested, in part, by plaintiff Chris Armenta's

19   interrogatories to the defendants.

20       2.      On or before September 5, 2014, the T-Bird Defendants shall provide

21   the last known physical address; the email addresses, to the extent that the T-Bird

22   Defendants has any email addresses; telephone numbers; dates of employment;

23   positions of employment for each time period;and location of employment for each

24   time period of all non-exempt employees identified pursuant to Paragraph 1, above,

25   to a third-party administrator to be agreed-upon by the parties ("TPA").  Within ten

26   days of receipt of such information, the TPA will send to all identified individuals

27   by United States mail, and email where email addresses are available, the notice

28   attached as Exhibit 1 to this Stipulation.

3.      Within forty-five days after mailing such notices, but not before thirty days after mailing such notices, the TPA shall provide plaintiffs' counsel with the last known physical addresses; the email addresses, to the extent that the T-Bird Defendants has any email addresses;  telephone numbers; dates of employment; positions of employment for each time period; and location of employment for each time period of each of the current or former employees previously identified pursuant to paragraphs 1 and 2, above, except for those persons who have informed the TPA that they object to the disclosure of such information.

4.      The plaintiffs and T-Bird Restaurant Group, Inc. have agreed to evenly share the cost of the TPA notice expense.

IT IS SO STIPULATED

DATED: August 21, 2014          WOLF, RIFKIN, SHAPIRO,
                                SCHULMAN & RABKIN, LLP


                                By:      /s/ Eric Levinrad
                                     _____
                                     ERIC LEVINRAD
                                     Attorneys for Attorneys for Plaintiffs


DATED: August 21, 2014          LATHROP & GAGE, LLP


                                By:      /s/ Beth Schroeder
                                     _____
                                     BETH SCHROEDER
                                     LAUREN KATUNICH
                                     ALLISON WALLIN (Admitted *Pro Hac Vice*)
                                     Attorneys for Defendants  T-BIRD RESTAURANT
                                     GROUP, INC. and T-BIRD NEVADA, LLC

**ORDER**

In light of the stipulation by and between plaintiffs and defendants T-BIRD RESTAURANT GROUP, INC. and T-BIRD NEVADA, LLC (collectively, the "T-Bird Defendants"), and for good cause shown, IT IS HEREBY ORDERED THAT:

1.      On or before September 5, 2014, the T-Bird Defendants will provide plaintiffs' counsel with the name of each non-exempt employee who has been employed at any CALIFORNIA OUTBACK STEAKHOUSE RESTAURANTS from November 8, 2010 until the present time (the "Statutory Period"), along with their locations of employment, as has been requested, in part, by plaintiff Chris Armenta's interrogatories to the defendants.

2.      On or before September 5, 2014, the T-Bird Defendants shall provide the last known physical addresses; the email addresses, telephone numbers, dates of employment, positions of employment for each time period, and location of employment for each time period of all non-exempt employees identified pursuant to Paragraph 1, above, to a third-party administrator to be agreed-upon by the parties ("TPA"). Within ten days of receipt of such information, the TPA will send to all identified individuals by United States mail, and email where email addresses are available, the notice attached as Exhibit 1 to this Stipulation.

3.      Within forty-five days after mailing such notices, but not before thirty days after mailing such notices, the TPA shall provide plaintiffs' counsel with the last known physical and email addresses, telephone numbers, dates of employment, positions of employment for each time period, and location of employment for each time period of each of the current or former employees previously identified pursuant to paragraphs 1 and 2, above, except for those persons who have informed the TPA that they object to the disclosure of such information.

/ / /

/ / /

/ / /

STIPULATION RE NOTICE PROCEDURE
RE DISCLOSURE OF PUTATIVE CLASS
MEMBERS' CONTACT INFORMATION

1       4.     The plaintiffs and T-Bird Restaurant Group, Inc. shall evenly share the

2 cost of the TPA notice expense.

3

4 Dated: _____8/25/14_____

5                                   _____

6               HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE NOTICE PROCEDURE
RE DISCLOSURE OF PUTATIVE CLASS
MEMBERS' CONTACT INFORMATION