1  DON SPRINGMEYER
   dspringmeyer@wrslawyers.com
2  BRADLEY SCHRAGER (Admitted *Pro Hac Vice*)
   bschrager@wrslawyers.com
3  JUSTIN JONES (State Bar No. 218217)
   jjones@wrslawyers.com
4  WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
   3556 E. Russell Road, Second Floor
5  Las Vegas, Nevada 89120
   Telephone:   (702) 341-5200
6  Facsimile:   (702) 341-5300

7  MATTHEW OSTER (State Bar No. 190541)
   moster@wrslawyers.com
8  ERIC LEVINRAD (State Bar No. 169025)
   elevinrad@wrslawyers.com
9  JOSHUA A. SHAPIRO (State Bar No. 229741)
   jshapiro@wrslawyers.com
10 WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
   11400 West Olympic Boulevard, 9th Floor
11 Los Angeles, California 90064-1582
   Telephone:   (310) 478-4100
12 Facsimile:   (310) 479-1422

13 Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| HOLLY GEHL, et al others similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>BLOOMIN' BRANDS, INC., et al.,<br><br>        Defendants. | Case No. 4:13-cv-05961-KAW<br><br>[Judge Kandis A. Westmore]<br><br>**JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE; ORDER** |

Plaintiffs and defendants T-Bird Restaurant Group, Inc. and T-Bird Nevada, LLC (collectively, the "T-Bird Defendants"), through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, this action is a putative class action brought by the named plaintiffs on behalf of themselves and all current and former hourly, non-exempt employees employed by the T-Bird Defendants at an "Outback Steakhouse" Restaurant in California, at any time during the statutory time period;

WHEREAS, on August 25, 2014, this Court issued an Order requiring the T-Bird Defendants to provide the contact information for all non-exempt employees who have worked at any CALIFORNIA OUTBACK STEAKHOUSE RESTAURANT from November 8, 2010, until the present time, to a third-party administrator to be agreed-upon by the parties ("TPA"), and ordered that such information be provided to the TPA by September 5, 2014;

WHEREAS, the Court ordered the TPA to send a mailing out to the non-exempt employees identified by the T-Bird Defendants within ten days of receipt of that information by the TPA;

WHEREAS, after taking into account the time deadlines set by the Court's August 25, 2014 Order, at the August 26, 2014 Case Management Conference the Court set the following briefing and hearing schedule for a motion for class action certification:  Motion for Class Certification to be filed by January 5, 2015; Opposition to be filed by February 17, 2015; Reply to be filed by March 3, 2015; and Motion hearing set for March 19, 2015;

WHEREAS, the T-Bird Defendants provided the information required by the Court's August 25, 2014 order to the TPA on September 5, 2014, with the result that the TPA was required to send out the mailing by September 15, 2014;

WHEREAS, there was a delay in the TPA sending out the required mailings, which were not sent out until October 7, 2014 as a result;

WHEREAS, in light of the delay, Plaintiffs and T-Bird Defendants have agreed to continue the briefing schedule established at the August 26, 2014, case management conference by 22 days (the length of the TPA's delay), to provide plaintiffs the same amount of time to prepare and file the motion for class certification as was originally contemplated by the Court.

THEREFORE, IN LIGHT OF THE FOREGOING, PLAINTIFFS AND THE T-BIRD DEFENDANTS HEREBY STIPULATE AND AGREE THAT:

Plaintiff's motion for class certification shall be filed on or before January 27, 2015; the opposition to the motion shall be filed on or before March 11, 2015; the reply in support of the motion shall be filed on or before March 25, 2015; and the hearing date shall be continued to a date convenient for the Court on or after April 10, 2015.

IT IS SO STIPULATED

DATED: October 10, 2014         WOLF, RIFKIN, SHAPIRO,
                                SCHULMAN & RABKIN, LLP


                                By:      /s/ Eric Levinrad
                                    ERIC LEVINRAD
                                Attorneys for Attorneys for Plaintiffs

DATED: October 10, 2014         LATHROP & GAGE, LLP


                                By:      /s/ Allison Wallin
                                    BETH SCHROEDER
                                    LAUREN KATUNICH
                                    ALLISON WALLIN (Admitted *Pro Hac Vice*)
                                Attorneys for Defendants  T-BIRD RESTAURANT
                                GROUP, INC. and T-BIRD NEVADA, LLC

**ORDER**

In light of the stipulation by and between Plaintiffs and the T-Bird Defendants, and for good cause shown, IT IS HEREBY ORDERED THAT:

1. The dates previously set for the briefing of Plaintiff's motion for class certification is extended as follows:

    a. Plaintiffs' Motion for class certification shall be filed on or before January 27, 2015;

    b. Defendants' Opposition to motion for class certification to be filed on or before March 11, 2015; and

    c. Plaintiffs' reply in support of motion for class certification to be filed on or before March 25, 2015.

2. The hearing on Plaintiff's motion for class certification is continued from March 19, 2015 to **May 7**, 2015.

Dated: October 15, 2014

*/s/ Kandis Westmore*
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE