1  DON SPRINGMEYER
   dspringmeyer@wrslawyers.com
2  BRADLEY SCHRAGER (Admitted *Pro Hac Vice*)
   bschrager@wrslawyers.com
3  JUSTIN JONES (State Bar No. 218217)
   jjones@wrslawyers.com
4  WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
   3556 E. Russell Road, Second Floor
5  Las Vegas, Nevada 89120
   Telephone:   (702) 341-5200
6  Facsimile:    (702) 341-5300

7  MATTHEW OSTER (State Bar No. 190541)
   moster@wrslawyers.com
8  ERIC LEVINRAD (State Bar No. 169025)
   elevinrad@wrslawyers.com
9  JOSHUA A. SHAPIRO (State Bar No. 229741)
   jshapiro@wrslawyers.com
10 WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
   11400 West Olympic Boulevard, 9th Floor
11 Los Angeles, California 90064-1582
   Telephone:   (310) 478-4100
12 Facsimile:    (310) 479-1422

13 Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| HOLLY GEHL, et al others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BLOOMIN' BRANDS, INC., et al.,<br><br>　　　　Defendants | Case No. 4:13-cv-05961-KAW<br><br>[Judge Kandis A. Westmore]<br><br>**JOINT STIPULATION TO ALLOW FILING OF SECOND AMENDED COMPLAINT; [PROPOSED] ORDER** |

1     The parties to the above-captioned action, through their attorneys of record,
2  hereby stipulate and agree as follows:
3     WHEREAS, this action is a putative class action brought by the named
4  plaintiffs on behalf of themselves and all current and former hourly, non-exempt
5  employees employed by defendants at an "Outback Steakhouse" Restaurant in
6  California, at any time during the statutory time period;
7     WHEREAS, as a result of discovery and investigation undertaken since the
8  First Amended Complaint was filed, Plaintiffs contend that they have identified new
9  plaintiffs who wish to join this action as named plaintiffs and facts supporting the
10 assertion of additional claims not previously asserted
11    WHEREAS, plaintiffs therefore desire to amend the operative first amended
12 complaint to add new named plaintiffs and/or new claims, as set forth in the
13 proposed Second Amended Complaint attached as Exhibit A;
14    WHEREAS, Plaintiff's counsel has filed a motion requesting leave to
15 withdraw as counsel of record for named Plaintiff Shannon Spalding ("Spalding"),
16 requesting that Spalding be withdrawn as a named Plaintiff, with prejudice to Ms.
17 Spalding acting as a named Plaintiff and with prejudice to any claims against the
18 Bloomin' Defendants, and requesting that named Plaintiff Brittni Zacher ("Zacher")
19 be withdrawn as a named Plaintiff;
20    WHEREAS, the hearing on the above-referenced motion related to Spalding
21 and Zacher has been set for hearing on November 6, 2014;
22    WHEREAS, the Court has issued an Order to Show Cause addressed to
23 Spalding and Zacher requiring that Spalding show cause by October 31, 2014 why
24 Plaintiff's counsel should not be permitted to withdraw as her counsel of record,
25 requiring Spalding to submit a declaration regarding her desire to remain a named
26 Plaintiff, and requiring Zacher to submit a declaration confirming that she does not
27 wish to participate in this action as a named Plaintiff;
28

1  WHEREAS, Defendants are agreeable to Plaintiffs amending their complaint upon resolution by the Court of the above-referenced Motion related to Zacher and Spalding;

WHEREAS, the parties agree that if the Court orders that Zacher and Spalding should be dismissed as named Plaintiffs with prejudice, the attached Second Amended Complaint shall be deemed filed and served as of the date of such ruling; and

WHEREAS, the parties agree that if the Court rules that Spalding and Zacher should not be withdrawn as named Plaintiffs, Plaintiffs shall promptly revise the attached Second Amended Complaint to reflect such ruling and counsel shall promptly meet and confer regarding the preparation of a stipulation for such revised Second Amended Complaint to be filed.

THEREFORE, IN LIGHT OF THE FOREGOING, THE PARTIES HEREBY STIPULATE AND AGREE THAT:

1. If the Court rules that Zacher and Spalding shall be withdrawn as named Plaintiffs as requested by Plaintiffs' Motion to Withdraw (DKT # 53), the Second Amended Complaint attached as Exhibit A shall be deemed filed and served as of the date that the Court issues such a ruling; and

2. If the Court rules that Zacher and/or or Spalding should not be withdrawn as named Plaintiffs, Plaintiffs shall promptly revise the attached Second Amended Complaint to reflect such ruling and counsel shall promptly meet and confer regarding the preparation of a stipulation for such revised Second Amended Complaint to be filed.

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED

DATED: October 17, 2014                     WOLF, RIFKIN, SHAPIRO,
                                            SCHULMAN & RABKIN, LLP


                                            By:      /s/ Eric Levinrad
                                                ERIC LEVINRAD
                                            Attorneys for Attorneys for Plaintiffs

DATED: October 17, 2014                     LATHROP & GAGE, LLP


                                            By:      /s/ Allison Wallin
                                                BETH SCHROEDER
                                                LAUREN KATUNICH
                                                ALLISON WALLIN (Admitted *Pro Hac Vice*)
                                            Attorneys for Defendants  T-BIRD RESTAURANT
                                            GROUP, INC. and T-BIRD NEVADA, LLC


DATED: October 17, 2014                     GIBSON, DUNN & CRUTCHER LLP


                                            By:      /s/ Sara Zenewicz
                                                SARAH ZENEWICZ
                                            Attorneys for Defendants  BLOOMIN' BRANDS,
                                            INC.; OSI RESTAUANT PARTNERS, LLC; and
                                            OS RESTAURANT SERVICES, LLC

# ORDER

In light of the stipulation by and between plaintiffs and defendants and for good cause shown, IT IS HEREBY ORDERED THAT:

1. If the Court rules that Zacher and Spalding shall be withdrawn as named Plaintiffs, the Second Amended Complaint attached as Exhibit A shall be deemed filed and served as of the date that the Court issues such a ruling; and

2. If the Court rules that Zacher and/or or Spalding should not be withdrawn as named Plaintiffs, Plaintiffs shall promptly revise the attached Second Amended Complaint to reflect such ruling and counsel shall promptly meet and confer regarding the preparation of a stipulation for such revised Second Amended Complaint to be filed.

Dated:  11/7/14

_____
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE