Beth A. Schroeder, Bar No. 119504
BSchroeder@LathropGage.com
Lauren J. Katunich, Bar No. 227599
LKatunich@LathropGage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, California 90067-1623
Telephone: 310.789.4600
Facsimile: 310.789.4601

Allison S. Wallin, WSBA No. 24285
(Admitted *pro hac vice*)
AWallin@LathropGage.com
LATHROP & GAGE LLP
950 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: 720.931.3200
Facsimile: 720.931.3201

Attorneys for Defendants
T-BIRD RESTAURANT GROUP, INC. and
T-BIRD NEVADA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY GEHL; CHRIS ARMENTA, et al. each on behalf of himself/herself, and on behalf of all others similarly situated,<br>    Plaintiffs,<br><br>vs.<br><br>T-BIRD RESTAURANT GROUP, INC., a California corporation; T-BIRD NEVADA, LLC, a Nevada Limited Liability Company; and DOES 1 through 100, Inclusive,<br>    Defendants. | CASE No. 4:13-cv-05961-KAW<br><br>[Judge Kandis A. Westmore]<br><br>**STIPULATED MOTION FOR LEAVE FOR T-BIRD TO FILE 30 PAGE BRIEF IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION AND FOR PLAINTIFFS TO FILE 20 PAGE REPLY BRIEF AND EXTEND DATE FOR REPLY AND [PROPOSED] ORDER**<br>**Date:** June 4, 2015<br>**Time:** 11:00 a.m.<br>**Ctrm:** 4<br>Trial Date: None |

1

STIPULATED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEFS
Case No.: 4:13-cv-05961-KAW

23612245v1

COMES NOW Defendants T-Bird Restaurant Group, Inc. and T-Bird Nevada, LLC ("T-Bird") and Plaintiffs Holly Gehl, and Chris Armenta, *et al.*, by and through their undersigned counsel, and seek leave of this Court for an order permitting T-Bird to file thirty (30) pages of text rather than the Civil LR 7-3 twenty-five (25) pages of text in its brief in Opposition to Plaintiffs' Motion for Class Certification and for Plaintiffs to file a twenty (20) pages of text Reply in Support of Motion for Class Certification. The Plaintiffs' motion for certification seeks to certify six subclasses and the putative class involves over 9,000 potential members who have worked at 63 Outback Steakhouses in California. The five additional pages of briefing sought are necessary to fully brief the court on the relevant facts and issues for fair consideration. Plaintiffs also request an additional five days to file their reply brief, from the currently scheduled April 8, 2015 to April 13, 2015 because Plaintiffs' lead counsel has a recently scheduled Ninth Circuit Court of Appeals argument on April 9, 2015 and counsel needs the additional time to prepare their reply brief.

A proposed form of order is submitted herewith.

| | | |
|---|---|---|
| DATED: March 20, 2015 | | WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP |

By: _s/ Eric Levinrad_
Don Springmeyer
Bradley Schrager (Admitted *Pro Hac Vice*)
Justin Jones, SBN 218217
Matthew Oster, SBN 190541
Eric Levinrad, SBN 169025
Joshua A. Shapiro, SBN 229741

*Attorneys for Plaintiffs*

DATED: March 20, 2015            LATHROP & GAGE LLP

By: _s/ Allison Wallin_
Beth Schroeder, SBN 119504
Lauren Katunich, SBN 227599
Amber Henry, SBN 247624
Allison Wallin, WSBA 24285
(Admitted *Pro Hac Vice*)

*Attorneys for Defendants, T-BIRD RESTAURANT GROUP, INC. and T-BIRD NEVADA, LLC*

# [~~PROPOSED~~ ORDER]

**IT IS SO ORDERED:**

Defendants T-Bird Restaurant Group, Inc. and T-Bird Nevada, LLC may file thirty (30) pages of text rather than the Civil LR 7-3 twenty-five (25) pages of text in its brief in Opposition to Plaintiffs' Motion for Class Certification.

**IT IS FURTHER ORDERED:.**

Plaintiffs Holly Gehl and Chris Armenta, *et al.*, may file twenty (20) pages of text in their Reply in Support of Motion for Class Certification, and Plaintiffs' Reply Brief is due on or before April 13, 2015.

```
     In addition, the hearing on the Motion for Class Certification is continued
to July 30, 2015.
```

Dated: 3/24/2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge