DON SPRINGMEYER
  dspringmeyer@wrslawyers.com
BRADLEY S. SCHRAGER (Admitted *Pro Hac Vice*)
  bschrager@wrslawyers.com
JUSTIN JONES (SBN 218217)
  jjones@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
Telephone:   (702) 341-5200
Facsimile:    (702) 341-5300

MATTHEW OSTER (SBN 190541)
  moster@wrslawyers.com
ERIC LEVINRAD (SBN 169025)
  elevinrad@wrslawyers.com
JOSHUA A. SHAPIRO (SBN 229741)
  jshapiro@wrslawyers.com
RICARDO ROZEN (SBN 279151)
   rrozen@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone: (310) 478-4100/Fax: (310) 479-1422

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| HOLLY GEHL; CHRIS ARMENTA; et al. each on behalf of himself/herself, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>T-BIRD RESTAURANT GROUP, INC., a California corporation; T-BIRD NEVADA, LLC, a Nevada Limited Liability Company; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 4:13-cv-05961-KAW<br><br>[Judge Kandis A. Westmore]<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE PRESENTLY SCHEDULED FOR MARCH 31, 2015;** ~~[PROPOSED]~~ **ORDER**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Trial Date:   None |

4:13-cv-05961-KAW
JOINT STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

1  The parties to the above-captioned action, through their attorneys of record,
2  hereby stipulate and agree as follows:
3  WHEREAS, a Case Management Conference in this matter is currently
4  scheduled for March 31, 2015 at 1:30 P.M.;
5  WHEREAS, the Court scheduled the March 31, 2015 Case Management
6  Conference for a week after the completion of briefing on the Motion for Class
7  Action Certification, which, at the time, was scheduled to be completed on March
8  25, 2015;
9  WHEREAS, the briefing schedule on the Motion for Class Certification was
10 subsequently extended pursuant to the stipulation of the Parties [DKT # 79] and
11 Order of the Court [DKT # 80], with the result that Plaintiffs' reply in support of
12 their motion for class certification is presently due on or before April 8, 2015;
13 WHEREAS, on March 20, 2015, the parties' filed a Joint Motion and
14 Proposed Order requesting leave for Defendants and Plaintiffs to file opposition and
15 reply briefs in connection with the pending Motion for Class Certification that are
16 five pages longer than otherwise permitted by the local rules, and for the date by
17 which Plaintiffs are required to file their reply in support of such motion to be
18 extended to April 13, 2015 [DKT # 89]; and
19 WHEREAS, in light of the extension of the briefing period on the Motion for
20 Class Certification (which may be further extended pursuant to the Parties' recently
21 filed Joint Motion), the Parties respectfully stipulate and request that the Case
22 Management Conference be continued from its current date of March 31, 2015, to a
23 new date on or after April 20, 2015 (i.e. at least a week after the completion of
24 briefing on Plaintiffs' Motion for Class Certification).
25 / / /
26 / / /
27 / / /
28 / / /

1  THEREFORE, IN LIGHT OF THE FOREGOING, THE PARTIES HEREBY
2  STIPULATE, AGREE; AND JOINTLY REQUEST:
3  That the Case Management Conference be continued from March 31, 2015 to
4  a date on or after April 20, 2015 (at least a week after the completion of briefing on
5  Plaintiffs' Motion for Class Certification).

7  IT IS SO STIPULATED.

9  DATED: March 24, 2015                WOLF, RIFKIN, SHAPIRO,
                                         SCHULMAN & RABKIN, LLP

12                                       By:      /s/ Eric Levinrad
                                                ERIC LEVINRAD
13                                       Attorneys for Plaintiffs

15  DATED: March 24, 2015                LATHROP & GAGE, LLP

17                                       By:      /s/ Beth Schroeder
                                                BETH SCHROEDER
18                                              LAUREN KATUNICH
19                                              ALLISON WALLIN (Admitted Pro Hac Vice)
                                         Attorneys for T-BIRD RESTAURANT GROUP,
20                                       INC. and T-BIRD NEVADA, LLC

# [PROPOSED] ORDER

In light of the stipulation by and between Plaintiffs and the T-Bird Defendants, and for good cause shown, IT IS HEREBY ORDERED THAT the Case Management Conference in this matter is hereby continued from its current date of March 31, 2015 to __April 28_____, 2015 at 1:30 p.m.

DATED: _____3/24/15_____

_____
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE