UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOLLY GEHL, et al.,

    Plaintiffs,

  v.

T-BIRD RESTAURANT GROUP, INC., et al.,

    Defendants.

Case No. 13-cv-05961-KAW

ORDER REGARDING UNUSABLE CHAMBERS COPIES

Re: Dkt. Nos. 93-108

PLEASE TAKE NOTICE that the chambers copy of Defendants' Opposition to Plaintiffs' Motion for Class Certification, Motion to Strike, and accompanying declarations was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

- ☐ consists of a stack of loose paper wrapped with a rubber band;
- ☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;
- ☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ has no tabs for the voluminous exhibits;
- ☐ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☐ includes text and/or footnotes in a font smaller than 12 point;
- ☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or
- ☒ is not usable for another reason –   All documents are fastened together. The moving papers should be separated from the declarations. The individual declarations should be

1  separated from each other, and should have the applicable tabbed exhibits attached, and fastened
2  by brad-type fasteners.
3      The paper used for the above-described chambers copy has been recycled by the court.
4  Defendants shall submit a chambers copy in a format that is usable by the court no later than
5  March 31, 2015.
6      IT IS SO ORDERED.
7  Dated: March 26, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge