UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY GEHL, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>T-BIRD RESTAURANT GROUP, INC., et al.,<br><br>　　　　Defendants. | Case No.　13-cv-05961-KAW<br><br>**ORDER REQUIRING THE PARTIES TO PROPOSE ATTORNEYS' FEES MOTIONS DEADLINE AND OTHER BRIEFING DEADLINES, AND HEARING DATE FOR FINAL APPROVAL**<br><br>Re: Dkt. No. 132 |

On August 24, 2015, the parties filed a joint supplemental submission regarding notice to class members of settlement and claims procedures. (Dkt. No. 132.)  The parties did not, however, directly address the requirement that the motion for attorneys' fees be filed at least fourteen days before the deadline for class members to object to the settlement. *See In re Mercury Interactive Corp. Securities Litigation*, 618 F.3d 988, 995 (9th Cir. 2010).

Accordingly, on or before September 25, 2015, the parties shall meet and confer and file a stipulation, accompanied by an amended proposed order, which includes a timeline that comports with this requirement.  Additionally, the parties shall propose a date for the briefing deadline in Paragraph 9 of the proposed order, as well as a date for the final approval hearing.

IT IS SO ORDERED.

Dated: September 15, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge