1  DON SPRINGMEYER
     dspringmeyer@wrslawyers.com
2  BRADLEY S. SCHRAGER (Admitted *Pro Hac Vice*)
     bschrager@wrslawyers.com
3  JUSTIN JONES (SBN 218217)
     jjones@wrslawyers.com
4  WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
   3556 E. Russell Road, Second Floor
5  Las Vegas, Nevada 89120
   Telephone:   (702) 341-5200
6  Facsimile:   (702) 341-5300

7  MATTHEW OSTER (SBN 190541)
     moster@wrslawyers.com
8  ERIC LEVINRAD (SBN 169025)
     elevinrad@wrslawyers.com
9  RICARDO ROZEN (SBN 279151)
     rrozen@wrslawyers.com
10 WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
   11400 West Olympic Boulevard, 9th Floor
11 Los Angeles, California 90064-1582
   Telephone: (310) 478-4100/Fax: (310) 479-1422

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| HOLLY GEHL; CHRIS ARMENTA; et al. each on behalf of himself/herself, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>T-BIRD RESTAURANT GROUP, INC., a California corporation; T-BIRD NEVADA, LLC, a Nevada Limited Liability Company; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 4:13-cv-05961-KAW<br><br>[Judge Kandis A. Westmore]<br><br>**JOINT MOTION FOR HEARING ON DATA ISSUES RE CLASS ACTION SETTLEMENT**<br><br>Trial Date:  None |

The parties to the above-captioned action, through their attorneys of record, hereby respectfully request a hearing with the Court to discuss newly discovered data issues as follows:

WHEREAS, the parties entered into a settlement following mediation on May 5, 2015 where the number of class members was believed to be close to 10,000 current and former hourly employees based upon Defendant's February 2015 research into its payroll records;

WHEREAS, Plaintiffs' Motion for Preliminary Approval of Settlement, in which defendants joined, was heard on August 20, 2015;

WHEREAS, on August 24, 2015, following the hearing on Plaintiffs' Motion for Preliminary Approval of Settlement, the Parties filed a joint supplemental submission regarding notice to class members of settlement and claims procedures (Dkt. No. 132), and a revised [Proposed] Order Granting Preliminary Approval of Class Action Settlement (Dkt. No. 134);

WHEREAS, on September 28, 2015, the Court issued an Order Granting Preliminary Approval of Class Action Settlement (Dkt. No. 135);

WHEREAS, pursuant to the Order Granting Preliminary Approval of Class Action Settlement (Dkt. No. 135), defendant T-Bird Restaurant Group, Inc. again researched its payroll system to obtain the information required by the Court's Order (Dkt. No. 135, ¶8.d. ( name, address, telephone number, social security number, locations worked, dates of employment) and transmitted that information to the Third Party Administrator ("TPA") on November 2, 2015.  Thereafter, the Third Party Administrator worked to prepare the data for mailing the claims forms (due to be mailed on November 17, 2015 under the terms of the Court's Order (Dkt. No. 135)).  On November 11, 2015, the TPA transmitted a final spreadsheet that indicated 13,361 Class Members.  This number appears to include 1193 Class Members who began working for defendant between February 2015 when defendant

formerly researched the potential number of class members, and September 28, 2015, the cutoff date for determining Class Membership.  The 13,361 Class Member list also appears to include 2854 individuals who were employed by defendant between November 2009 and February 2015 but whom were not on the list of potential class members pulled by defendant in February 2015.  Those individuals were former employees who had been coded as "purged" from the payroll system and were inadvertently excluded from the report pulled in February 2015;

WHEREAS, the plaintiffs' counsel and defendant's counsel are meeting and conferring in an attempt to determine the best course of action;

WHEREAS, the parties believe that the situation should be brought to the Court's attention so as to ensure that the Court's preliminary determination as to the reasonableness of the class action settlement remains satisfied;

WHEREAS, the parties request a hearing at the Court's earliest convenience to present this matter to the Court; and

WHEREAS, the parties request that the Court temporarily suspend all future action dates set forth in the Order Granting Preliminary Approval of Class Action Settlement (Dkt. No. 135) to prevent any potential Class Notice mailings claims processes that may be revised by the Court at the requested hearing.

THEREFORE, IN LIGHT OF THE FOREGOING, THE PARTIES HEREBY JOINTLY REQUEST:

That the Court set a hearing at the Court's earliest convenience to present the matter concerning the data issues that came to light on November 11, 2015, and

That the Court temporarily suspend all future action dates set forth in the Order Granting Preliminary Approval of Class Action Settlement (Dkt. No. 135) pending the Court's requested hearing on the data matter.

1    IT IS SO STIPULATED.

DATED: November 20, 2015       WOLF, RIFKIN, SHAPIRO,
                               SCHULMAN & RABKIN, LLP


                               By:    /s/ Eric Levinrad
                                      ERIC LEVINRAD
                               Attorneys for Plaintiffs

DATED: November 20, 2015       LATHROP & GAGE, LLP


                               By:    /s/ Allison Wallin
                                      BETH SCHROEDER
                                      LAUREN KATUNICH
                                      ALLISON WALLIN (Admitted Pro Hac Vice)
                               Attorneys for T-BIRD RESTAURANT GROUP,
                               INC. and T-BIRD NEVADA, LLC

## [PROPOSED] ORDER

WHEREFORE upon consideration of the parties' Joint Motion for Hearing on Data Issues re Class Action Settlement, IT IS HEREBY ORDERED that a Hearing on the Data Issues is set for **December 17, 2015 at 11:00 AM**. On or before December 7, 2015, the parties shall submit a joint brief outlining how, if at all, the newly discovered potential class members impact the Court's prior determination granting preliminary approval of the class action settlement (Dkt. No. 135). Additionally, the parties shall provide new proposed future action dates, as well as a proposed order setting new action dates.

It is further ORDERED that all future action dates set forth in the Order Granting Preliminary Approval of Class Action Settlement (Dkt. No. 135) are HEREBY SUSPENDED pending the Hearing on the Data Issues as set forth above.

IT IS SO ORDERED.

Dated: November 20, 2015

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge