DON SPRINGMEYER
  dspringmeyer@wrslawyers.com
BRADLEY S. SCHRAGER (Admitted *Pro Hac Vice*)
  bschrager@wrslawyers.com
JUSTIN JONES (SBN 218217)
  jjones@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
Telephone:  (702) 341-5200
Facsimile:   (702) 341-5300

MATTHEW OSTER (SBN 190541)
  moster@wrslawyers.com
ERIC LEVINRAD (SBN 169025)
  elevinrad@wrslawyers.com
RICARDO ROZEN (SBN 279151)
  rrozen@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone:  (310) 478-4100
Facsimile:   (310) 479-1422

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| HOLLY GEHL; CHRIS ARMENTA; et al. each on behalf of himself/herself, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>T-BIRD RESTAURANT GROUP, INC., a California corporation; T-BIRD NEVADA, LLC, a Nevada Limited Liability Company; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 4:13-cv-05961-KAW<br><br>[Judge Kandis A. Westmore]<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER AMENDING IN PART SEPTEMBER 28, 2015 ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  December 17, 2015<br>Time: 11:00 a.m.<br>Courtroom: 3<br><br>Complaint filed November 8, 2013 |

1  This matter came on for hearing on December 17, 2015 at 11 a.m., in Courtroom 3 of the above-captioned Court on the parties' Joint Motion for Hearing on Data Issues re Class Action Settlement.

The Court, having fully reviewed the Joint Motion and Joint Brief submitted by the parties, and having been advised of the adjustment to the settlement agreement which the parties negotiated, and the amendment to the Stipulation of Class Action Settlement, and having carefully analyzed the Amendment to the Stipulation of Settlement, **THE COURT HEREBY MAKES THE FOLLOWING DETERMINATIONS AND ORDERS**:

1. The Court finds on a preliminary basis that the Stipulation of Settlement filed in this action on July 14, 2015, as amended by the Amendment to the Stipulation of Settlement filed in this action on December 16, 2015, both of which are incorporated herein by this reference in full and made a part of this Order of Preliminary Approval, appears to be within the range of reasonableness of a settlement which could ultimately be given final approval by this Court.

2. It further appears to the Court on a preliminary basis that: (a) the proposed Settlement amount, as amended, is fair and reasonable to the Settlement Class Members when balanced against the probable outcome of further litigation in relation to certification of the class, liability, damages issues and potential appeals; (b) significant investigation, formal and informal discovery, research, and litigation have been conducted such that counsel for the Parties at this time are able to reasonably evaluate their respective positions; (c) settlement at this time will avoid substantial costs, delay and risks that would be presented by the further prosecution of the litigation; and (d) the proposed Settlement, as amended, has been reached as the result of intensive, serious and non-collusive negotiations between the Parties facilitated by an experienced wage and hour mediator and by further good faith, arm's length negotiations

between the parties regarding an amendment to the Settlement in light of certain newly discovered data which was brought to the Court's attention.

3. Accordingly, good cause appearing, the court extends its previous Preliminary Approval of Class Action Settlement to the Settlement as amended, and as a part of said preliminary approval, the Court hereby accepts and incorporates the Stipulation of Settlement, as amended.

4. The Court further finds that the proposed class notice, "Notice of Class Action Settlement" and "Claim Form" which are attached to this order as Exhibits "A" and "B", respectively, fairly, plainly and adequately advises Settlement Class Members of (a) the pendency of the Class Action, (b) preliminary Court approval of the proposed Settlement; (c) the date of the Final Fairness / Approval Hearing; (d) the terms of the proposed Settlement and the benefits available to Settlement Class Members thereunder, (e) the right to make a claim for his or her proportional share of the settlement proceeds and procedure and deadline for doing so, (f) the amount he or she can expect to receive if they choose to participate in the Settlement; (g) the right to object to the settlement and procedure and deadline for doing so; (h) the right to request exclusion and procedure and deadline for doing so; and (i) the right to file documentation in support of or in opposition to, and to appear in connection with, said hearing.  The Court further finds that the Notice and Claim Form clearly comport with all constitutional requirements, including those of due process.

5. Accordingly, good cause appearing, the Court hereby APPROVES the Notice of Class Action Settlement and the Claim Form.

6. The Court further finds that the mailing to the last known address of Settlement Class Members as specifically described within the Stipulation of Settlement, with measures taken for verification of an address and skip tracing

set forth therein, and, in the case of mailings returned as undeliverable with no such mailing resending such mailings to the current address listed with the National Change of Address Database or obtained as a result of skip-tracing, constitutes an effective method of notifying Settlement Class Members of their rights with respect to the class action and the settlement.  Accordingly, it is hereby ORDERED that:

    a.    On or before **December 28, 2015,** Simpluris, Inc., the previously appointed Settlement Administrator ("Settlement Administrator") shall mail the Notice of Settlement, the Claims Form, and the Exclusion Letter, attached as Exhibit "H" to this order, (collectively "Notice Packet") via First-Class mail using the United States Postal Service ("U.S. Postal Service") to the most recent address known for each Settlement Class Member, employing the procedures specified in the Court's September 28, 2015 Order.

    b.    The Settlement Administrator shall also set up and maintain a website containing: (1) the information about the Settlement set forth in Exhibit "C" to this order; (2) links to the following documents: (i) Notice of Class Action Settlement; (ii) Claim Form; (iii) Stipulation of Settlement; and (iv) this Order Granting Preliminary Approval of Class Action Settlement; (3) a link to an online version of the Claim Form containing the information set forth in Exhibit "D" to this order and which permits class members to complete and submit their claim forms to the Settlement Administrator online.

    c.    Defendants shall post information about the proposed Settlement and claims process at the California Outback Restaurants in the form attached as Exhibit "F" to the Stipulation of Settlement, and will make generic request for claims forms available in the California Outback

Restaurants in the form attached as Exhibit "G" to the Stipulation of Settlement readily available to Settlement Class Members upon request at each of the California Outback restaurants.

    d.    On or before **January 11, 2016,** [*31 days prior to the Claims deadline*], Plaintiffs' counsel shall file a motion for attorney's fees, setting such motion for hearing on the same date and time as the Final Fairness / Approval Hearing.

    e.    On or before **January 22, 2016,** [*20 days prior to the Claims deadline*], the Settlement Administrator shall mail a postcard to all members of the Settlement Class, who have not by that date, returned a Claim Form, or a request to be excluded, of the deadline to submit a Claim Form.

    f.    On or before **February 11, 2016,** [*45 days following initial mailing of the Class Notice*], Claim Forms must be postmarked and returned to the Settlement Administrator.

    g.    On or before **February 11, 2016,** [*45 days following initial mailing of the Class Notice*], any Class Member who wishes to dispute or challenge the employment information upon which their payment is based, must be postmarked and returned to the Settlement Administrator.

    h.    On or before **February 11, 2016,** [*45 days following the initial mailing of the Class Notice*] objections to the Settlement in the manner set forth in the Notice of Class Settlement must be postmarked and returned to the Settlement Administrator and also served on Counsel for the Parties. Class Members who have not timely filed and/or served written objections in the manner specified in the Notice of Class Action Settlement shall be deemed to have waived any objections, shall be

foreclosed from making any objection to the settlement, and shall not be heard at the Final Approval Hearing.

   i. On or before **February 11, 2016**, [*45 days following the initial mailing of the Class Notice*], where a Class Member has submitted an objection submitted in accordance with the Notice of Class Settlement and the preceding paragraph, such a Class Member may also be heard at the Final Approval Hearing if they have provide written notice of their intention to appear at the Final Approval Hearing which is postmarked and returned to the Settlement Administrator and served on Counsel for the Parties.

  7. IT IS FURTHER ORDERED that the Final Fairness / Approval Hearing and the hearing on Plaintiffs' Attorneys' Motion for an Award of Attorneys' Fees shall be held before the undersigned on **April 7, 2016**, at 11:00 a.m., in Courtroom 4 of the United States District Court for the Northern District of California, 1301 Clay Street, 3rd Floor, Oakland, CA 94612 to consider the fairness, adequacy and reasonableness of the proposed Settlement preliminarily approved by this Order of Preliminary Approval, and to consider the requests for the Class Representative's Service Payments, Settlement Administration payment and for Class Counsel's Attorneys' fees and costs payments.  All briefs and materials in support of an Order of Granting Final Approval and Entering Judgment shall be filed with this Court on or before **March 2, 2016**.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

8.     IT IS FURTHER ORDERED that the Court's September 28, 2015 Order granting Preliminary Approval of Class Action Settlement shall remain in full force and effect, except as expressly modified by this order.

IT IS SO ORDERED.

Dated: <u>December 21, 2015</u>

_____
KANDIS A. WESTMORE
United States Magistrate Judge